# SUPERIOR COURT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| Com. v. Paul | 3460 EDA 2015<br>Vacated and<br>Remanded | 01/03/2017 | CP–09–SA–0000532–<br>2015<br>(Bucks) |
| Com. v. Styles [1] | 3474 EDA 2015<br>Affirmed | 01/03/2017 | CP–51–CR–0014913–<br>2009<br>(Philadelphia) |
| Com. v. Brown | 960 EDA 2016<br>Affirmed | 01/03/2017 | CP–23–CR–0006034–<br>2010<br>(Delaware) |
| Com. v. Savarino | 1155 EDA 2016<br>Affirmed | 01/03/2017 | CP–48–CR–0003271–<br>2013<br>(Northampton) |
| Com. v. Lego | 572 MDA 2016<br>Affirmed | 01/03/2017 | CP–49–CR–0000465–<br>2015<br>(Northumberland) |
| Com. v. Rodgers | 631 MDA 2016<br>Affirmed | 01/03/2017 | CP–06–CR–0005983–<br>2003<br>(Berks) |
| Morgan v. Mumma | 730 MDA 2016<br>Quashed | 01/03/2017 | 2014–7108<br>(Cumberland) |

1. Petition for reargument denied February 24, 2017.